**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 296829)
ak@kazlg.com
David J. McGlothlin (SBN: 253265)
david@kazlg.com
Mona Amini (SBN: 296829)
mona@kazlg.com
Gustavo Ponce (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KEARNEY LITTLEFIELD, LLP**
Prescott W. Littlefield (SBN: 259049)
Andrew J. Kearney (SBN: 323867)
pwl@kearneylittlefield.com
aik@kearnevlittlefield.com
100 N Brand Blvd. Suite 424
Glendale, CA 91203
Telephone: (213) 473-1900
Facsimile: (213) 473-1919
*Attorneys for Plaintiff Eduardo Sapetto*

TIMOTHY P. JOHNSON (BAR NO. 66333)
**BARRON & NEWBURGER, P.C.**
1970 OLD TUSTIN AVENUE, 2ND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
E-MAIL: tjohnson@bn-lawyers.com

*Attorneys for Defendant Tate & Kirlin Associates, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SAPETTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TATE & KIRLIN ASSOCIATES, INC.<br><br>Defendants. | Case No. 23-cv-00245-SPG-AGH<br><br>**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: January 12, 2023<br>Response Filed: March 17, 2023<br>Trial (Proposed): October 8, 2024 |

- 1 -
STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)

**TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff EDUARDO SAPETTO ("Plaintiff") and Defendant TATE & KIRLIN ASSOCIATES, INC. ("Defendant") by and through their attorneys of record, hereby stipulate and agree to dismiss this action in its entirety pursuant to Fed. R. Civ. P. Rule 41(a)(1) without prejudice and with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: June 28, 2023                    **KAZEROUNI LAW GROUP, AP**

By: _s/Mona Amini_
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

Dated: June 28, 2023                    **BARRON & NEWBURGER, P.C.**

By: _s/ Timothy Johnson_
Timothy P. Johnson, Esq.
*Attorneys for Defendant*
*Tate & Kirlin Associates, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 28, 2023               **KAZEROUNI LAW GROUP, AP**

By: _s/      Mona Amini_
    Mona Amini, Esq.
    *Attorney for Plaintiff*

STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On June 28, 2023 I served the within document(s):

**STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1); AND [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 28, 2023 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.