JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SAPETTO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>TATE & KIRLIN ASSOCIATES, INC.<br><br>        Defendants. | Case No. 23-cv-00245-SPG-AGH<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

Having considered the parties' Stipulation of Dismissal of this Action pursuant to Fed. R. Civ. P. Rule 41(a)(1), and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed in its entirety without prejudice; and

2. Each of the parties shall bear his/its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 28, 2023

                                          HON. SHERILYN PEACE GARNETT
                                          UNITED STATES DISTRICT JUDGE